IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BARKSDALE, INC. d/b/a BARKSDALE CONTROL PRODUCTS, <br><br> Defendant. | 4:15CV3072 <br><br> **ORDER** |

IT IS ORDERED that the motion to permit Ryan A. Kehm to withdraw as counsel of record for Plaintiff, (filing no. 47), is granted.

June 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge