IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BARKSDALE, INC. d/b/a BARKSDALE CONTROL PRODUCTS, <br><br> Defendant. | 4:15-CV-3072 <br><br> JUDGMENT |

On the parties' joint Stipulation and Order of Dismissal (filing 50), this action is dismissed with prejudice.

Dated this 7th day of October, 2016.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge